AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
## for the
### District of Connecticut

United States District Court
District of Connecticut
FILED AT NEW HAVEN

8/23 , 20 24

By N. Langello
Deputy Clerk

United States of America
v.

SASHA MAY
(f/k/a Owen May)

Defendant(s)

Case No. 3:24-mj-737 MEG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of Dec. 30, 2023 - May 17, 2024 in the county of New Haven and Fairfield in the
District of Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(B) | Distribution of child pornography |

This criminal complaint is based on these facts:
See attached Affidavit of FBI Task Force Officer Michael Rooney which is incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature* — TFO 11:45 am

Michael Rooney, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 08/23/2024

City and state: New Haven, Connecticut

Maria E. Garcia
Digitally signed by Maria E. Garcia
Date: 2024.08.23 13:15:32 -04'00'
*Judge's signature*

Hon. Maria E. Garcia, U.S. Magistrate Judge
*Printed name and title*